Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the applicable Customs Regulations have now been complied with, the claim of the plaintiff was sustained. Abstract 57104 followed.

BEFORE THE SECOND DIVISION, MAY 19, 1964

No. 68565.—I. B. Cohen & Sons Corp. and Borneo Sumatra Trading Co., Inc. v. United States, protests 61/23828 and 61/23734 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of cycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.

No. 68566.—S. Hiller & Co. et al. v. United States, protests 62/13418, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of cycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.

No. 68567.—Joseph Craig & Co., CHB, and E. R. B. Haldan, Sports International v. United States, protest 59/23816 (Savannah).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of golf caddy carts similar in all material respects to those the subject of Abstract 64052, the claim of the plaintiffs was sustained.

No. 68568.—James S. Baker (Imports) Co., Inc., and Ted L. Rausch v. United States, protests 60/24036, 60/31256, and 60/31262 (San Francisco).